UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                         Case No. 26- 30015
                                         Originating No.  26CR00005

**AIYISHA DANIELS,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **AIYISHA DANIELS,** to answer to charges pending in another federal district, and states:

    1. On **January 12, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Kentucky based on an Indictment**.  Defendant is charged in that district with violations of **Conspiracy to Possess with Intent to Distribute Controlled Substances.**

    2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/Ann Nee*
ANN NEE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: January 12, 2026